1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11    ADRIAN J. C.,[1]                          Case No. 2:23-cv-03025-CJC (PD)

12                    Plaintiff,              **ORDER ACCEPTING REPORT
                                              AND ADOPTING FINDINGS,**
13                    v.                       **CONCLUSIONS, AND
                                              RECOMMENDATIONS OF**
14    MARTIN O'MALLEY,                         **UNITED STATES
      COMMISSIONER OF SOCIAL SECURITY,**       **MAGISTRATE JUDGE**
15
16                    Defendant.

17

18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' briefs,

19    the records on file, and the Report and Recommendation of United States

20    Magistrate Judge ("Report").  No objections to the Report were filed.

21          The Court accepts the Report and adopts it as its own findings and

22    conclusions.  Accordingly, this action is dismissed with prejudice.

23    DATED:  April 1, 2024

24    _____

25                    CORMAC J. CARNEY
                      UNITED STATES DISTRICT JUDGE
26

27    [1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure
      5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case
28    Management of the United States Judicial Conference.